### United States District Court of the Eastern District of Pennsylvania

| | |
|---|---|
| Marilyn Sbandi and | : |
| Francis Sbandi, h/w | : |
| | : |
| | : |
| v. | : |
| Alejando Paccecca | :   Civil Action# 02-CV-3348 |
| and | : |
| The Hertz Corporation | : |

### NOTICE OF MOTION AND MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Please take notice that this motion is being filed in accordance with Loc. R. Civ. P. 26.1(g).

**CERTIFICATION OF SERVICE:** I, Dennis Veneziale, Esquire, counsel for the movants, Alejando Paccecca and The Hertz Corporation, do hereby certify that a true and correct copy of this Motion was forwarded on July 23, 2002 by regular mail postage pre-paid to Stephen A. Durham, Esquire, 320 West Front Street, Box D, Media, Pennsylvania 19063

_____
Dennis Veneziale, Esquire
Identification No. 20189
1315 Walnut Street
Suite 1019
Philadelphia, Pa 19107