**United States District Court of the Eastern District of Pennsylvania**

| | |
|---|---|
| Marilyn Sbandi and | : |
| Francis Sbandi, h/w | : |
| | : |
| | : |
| v. | : |
| Alejando Paccecca | :    Civil Action# 02-CV-3348 |
| and | : |
| The Hertz Corporation | : |

**CERTIFICATION OF COUNSEL PURSANT TO Loc. R. Civ. P. 26.1(f)**

I, Dennis Veneziale, Esquire, counsel for the defendants in the above-captioned case, do hereby certify that interrogatories were served on the plaintiff's counsel by mail on May 21, 2002; a letter was sent to plaintiff's counsel dated July 1, 2002 requesting answers to the interrogatories; and a telephone call was made to plaintiff's counsel on July 11, 2002 requesting answers within the next ten days, but no answers have been received to date.

 

_____
Dennis Veneziale, Esquire
Identification No. 20189
1315 Walnut Street
Suite 1019
Philadelphia, Pa 19107

Date:_7-26-02