IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN SBANDI, ET AL. | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-3348 |
| ALEJANDO PACCECCA, ET AL. | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Friday, December 20, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
Stephen Sonnie
Deputy Clerk
Phone:267-299-7074

Date: September 10, 2002

Copies:     Madeline Ward, Courtroom Deputy to Judge Shapiro
            Docket Clerk - Case File

    Counsel:        Stephen Durham, Esq.
                    Dennis Veneziale, Esq.

ARB2.FRM