IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Marilyn Sbandi, et al | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-3348 |
| Alejando Paccecca, et al | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Wednesday, January 15, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

* Case continued from 12/20/02

By:_____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: December 11, 2002

Copies:  Madeline Ward, Courtroom Deputy to Judge Norma L. Shapiro
Docket Clerk - Case File

Counsel:  Stephen Durham, Esq.
Dennis Veneziale, Esq.

ARB2.FRM