IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARILYN SBANDI, et al.    :  CIVIL ACTION
            :
    v.       :
            :
ALEJANDO PACCECCA. et al.   :  NO.  02-3348

## ORDER

    AND NOW, this    day of January, 2003, following a

conference call with counsel on January 14, 2003, it is **ORDERED** that:

  1. The arbitration hearing scheduled for January 15, 2003, is **CANCELLED**.

  2. This case is removed from the Arbitration track to Standard Track.

  3. This case is placed in **ADMINISTRATIVE SUSPENSE** until **MARCH 17, 2003**.

Counsel for plaintiff shall advise the court in writing on or before that date of this status of this

matter.

_____
                 S.J.